UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

EVETTE RICH,  )
  )
    Plaintiff,  )
  )
v.  )  Case No.: 10-1564
  )
NCO FINANCIAL SYSTEMS, INC.  )
    Defendant.  )
  )

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

_____  
Joan P. Depfer, Esquire  
Attorney for the Defendant  
Date: 8/12/10

_____  
Amy L. Bennecoff, Esquire  
Attorney for the Plaintiff  
Date: 8/17/10

BY THE COURT:

_____  
J.