UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

EVETTE RICH,

      Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.
      Defendant.

Case No.: 10-1564

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

_____
Joan P. Depfer, Esquire
Attorney for the Defendant
Date: 8/12/10

_____
Amy L. Bennecoff, Esquire
Attorney for the Plaintiff
Date: 8/17/10

BY THE COURT:

_____
Joseph H. Rodriguez, J.
October 18, 2010